FILED IN CHAMBERS
U.S.D.C. - Rome

NOV - 5 2010

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | CRIMINAL ACTION NO. 4:10-CR-5 |
| ALBERT VERNON NORTON, | |
| Defendant. | |

### O R D E R

After carefully considering the report and recommendation of the magistrate judge, dated October 15, 2010, the court receives it with approval and adopts it as the opinion and order of this court.

SO ORDERED, this 5TH day of November, 2010.

_____
ROBERT L. VINING, JR.
Senior United States District Judge