FILED IN CHAMBERS
U.S.D.C. Rome

MAR 19 2012

JAMES N. ~~~~~, Clerk
By: _____ Deputy Clerk

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

UNITED STATES OF AMERICA

v.

ALBERT VERNON NORTON,

    Defendant.

CRIMINAL ACTION
NO. 4:10-CR-5-RLV

# O R D E R

After carefully considering the report and recommendation of the magistrate judge, the court receives it with approval and adopts it as the opinion and order of this court.

SO ORDERED, this _19th_ day of March, 2012.

_____
ROBERT L. VINING, JR.
Senior United States District Judge